ACCEPTED
01-15-00891-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 11:14:30 AM
CHRISTOPHER PRINE
CLERK

Filed: 10/28/2015 8:59:43 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 7570678
By: Linda Packard
10/28/2015 9:59:12 AM

# MILLS SHIRLEY L.L.P.

GEORGE W. VIE III
PARTNER
gvie@millsshirley.com
Direct Dial (409) 761-4032 or
(713) 571-4232

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
10-28-15
CHRISTOPHER A. PRINE,
CLERK

October 27, 2015

Re:    Appeal No. 01-15-00891-CV; *Christopher Kyle Kennedy v. Roxanne Kennedy* –
       In the First Court of Appeals, Houston, Texas

       Trial Court Cause No. 15FD2165

John D. Kinard, District Clerk
Galveston County Justice Center
600 59th Street, Suite 4001
Galveston, TX 77551

Dear Mr. Kinard:

Respondent/Appellant Christopher Kyle Kennedy has perfected his appeal by the filing of his notice of appeal with the District Court. Appellant requests that you designate the following documents to be included in the clerk's record for transmittal to the First Court of Appeals:

1. 08/28/2015 Application for Protective Order - OCA - New Case

2. 08/28/2015 Order Setting Hearing

3. 08/28/2015 Temporary Ex Parte Protective Order - Issued

4. 09/03/2015 Motion to Dismiss

5. 09/04/2015 Notice of Hearing

6. 09/08/2015 Temporary Ex Parte Protective Order and Return

7. 09/16/2015 Protective Order - Associate Judge

8.  09/16/2015 Statutory Warnings for Protective Orders

9.  09/17/2015 Protective Order Granted - Final - OCA

10. 09/25/2015 Request for Findings of Facts and Conclusions of Law

11. 10/19/2015 Notice of Appeal

12. 10/19/2015 Notice of Past Due Findings of Facts and Conclusions of Law

13.  This Letter.

Please advise me immediately if you wish to have us make some financial arrangements for the record at this time, or if you need any further information.

By copy of this letter, the court of appeals and counsel of record are being notified of this request.  Thank you for your assistance.

Sincerely,

*/s/ George W. Vie III*

State Bar No. 20579310

GWV/kc

Christopher A. Prine, Clerk of Court
First Court of Appeals
301 Fannin, 2nd Floor
Houston, TX 77002-2066

Kindel N. Jenkins
P.O. Box 1545
Galveston, TX 77553

Attorney for Appellee